```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

         IN RE:                                        CASE NO. 06 B 16498
            DONALD L JULEN
            LORI A JULEN                               CHAPTER 13

                                                       JUDGE: BRUCE W BLACK

                      Debtor
            SSN XXX-XX-5949      SSN XXX-XX-1699


         ----------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
         ----------------------------------------------------------------------
               Glenn Stearns, Chapter 13 Standing Trustee, submits the following
         Final Report and Account of the administration of the estate pursuant to
         11 USC 1302(b)(1).

              1.  The case was filed on 12/13/06 and confirmed on 05/16/07.

              2.  The plan is paid in full.

              3.  The Debtor paid a total of $  50325.00 .

              4.  The Trustee made disbursements to creditors as follows:


         ----------------------------------------------------------------------
         CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                   PAID          PAID
         ----------------------------------------------------------------------
         DEUTSCHE BANK NATL TRUST  CURRENT MORTG         .00            .00            .00
         GMAC PAYMENT CENTER       SECURED VEHIC    27577.89        2439.72       27577.89
         AMBULATORY ANESTHESIA     FILED LATE            .00            .00            .00
         AMCA                      UNSECURED       NOT FILED           .00            .00
         AMERICAN GENERAL FINANCE  UNSECURED          448.12            .00         448.12
         ATHLETIC & THERAPEUTIC I  UNSECURED       NOT FILED           .00            .00
         ATI PLAINFIELD            UNSECURED       NOT FILED           .00            .00
         CAPITAL ONE BANK          UNSECURED          438.42            .00         438.42
         COMED                     UNSECURED         1119.51            .00        1119.51
         COMCAST                   UNSECURED       NOT FILED           .00            .00
         DEPENDON COLLECTION SERV  UNSECURED       NOT FILED           .00            .00
         CENTER FOR PEDIATRIC GAS  UNSECURED       NOT FILED           .00            .00
         WORLD FINANCIAL NETWORK   UNSECURED          562.30            .00         562.30
         DUPAGE VALLEY ANESTHESIO  UNSECURED       NOT FILED           .00            .00
         DUPAGE SURGICAL CONSULTA  UNSECURED       NOT FILED           .00            .00
         EDWARDS HOSPITAL          UNSECURED       NOT FILED           .00            .00
         FASHION BUG               UNSECURED       NOT FILED           .00            .00
         FIRST PREMIER BANK        UNSECURED       NOT FILED           .00            .00
         FUTURE DIAGNOSTICS GROUP  UNSECURED          101.62            .00         101.62
         HINSDALE ORTHOPAEDIC ASS  UNSECURED       NOT FILED           .00            .00
         ----------------------------------------------------------------------
         CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                   PAID          PAID
         ----------------------------------------------------------------------
         ECAST SETTLEMENT CORPORA  UNSECURED          762.54            .00         762.54
         ILLINOIS SURGICAL ASSOC   UNSECURED       NOT FILED           .00            .00
         INSTITUTE FOR PERSONAL D  UNSECURED       NOT FILED           .00            .00
         LABORATORY & PATHOLOGY D  UNSECURED       NOT FILED           .00            .00
         WORLD FINANCIAL NETWORK   UNSECURED          470.34            .00         470.34
         M & M ORTHOPAEDICS        UNSECURED       NOT FILED           .00            .00
         METRO COLLECTIONS         UNSECURED       NOT FILED           .00            .00
```

```
MCKEOWN LAW OFFICE         UNSECURED       NOT FILED        .00         .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED        .00         .00
NAPERVILLE RADIOLOGISTS    UNSECURED       NOT FILED        .00         .00
NICOR GAS                  UNSECURED       NOT FILED        .00         .00
PAYDAY LOAN CO             UNSECURED          365.53        .00      365.53
PEDIATRIC CANCER CENTER    UNSECURED       NOT FILED        .00         .00
PHYSICIANS FOR ADULTS      UNSECURED       NOT FILED        .00         .00
QUEST DIAGNOSTIC           UNSECURED       NOT FILED        .00         .00
RONALD NELSON              UNSECURED       NOT FILED        .00         .00
ECAST SETTLEMENT CORPORA   UNSECURED          612.88        .00      612.88
PORTFOLIO RECOVERY ASSOC   UNSECURED          430.47        .00      430.47
SUBURBAN ORAL SURGERY      UNSECURED       NOT FILED        .00         .00
T MOBILE VOICE STREAM      UNSECURED       NOT FILED        .00         .00
US BANK                    UNSECURED         1133.11        .00     1133.11
VANGUARD COMMUNITY MANAG   UNSECURED       NOT FILED        .00         .00
WILL COUNTY STATE ATTY O   UNSECURED       NOT FILED        .00         .00
XM SATELLITE RADIO         UNSECURED       NOT FILED        .00         .00
DEUTSCHE BANK NATL TRUST   MORTGAGE ARRE     5146.53        .00     5146.53
COLLECTION PROFESSIONALS   UNSECURED       NOT FILED        .00         .00
DELIJAN SURGICAL ASSISTA   UNSECURED       NOT FILED        .00         .00
JOLIET SMILE WORLD DENTA   UNSECURED       NOT FILED        .00         .00
WESLAKE COUNTRY CLUB       SECURED           1219.50        .00     1219.50
JAMES M PHILBRICK          ADMINISTRATIV      500.00        .00      500.00
INTERNAL REVENUE SERVICE   PRIORITY          1534.21        .00     1534.21
INTERNAL REVENUE SERVICE   UNSECURED           58.32        .00       58.32
```

Summary of disbursements:

```
                       SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    33943.92      2034.21      6503.16         .00      42481.29
PRINCIPAL PAID        33943.92      2034.21      6503.16         .00      42481.29
INTEREST PAID          2439.72          .00          .00         .00       2439.72
TOTAL PAID            36383.64      2034.21      6503.16         .00      44921.01
```

The Debtor's attorney, GROCHOCINSKI & GROCHOCINSKI  , was allowed $   2500.00
and was paid $    816.00  direct and $   1684.00  through the plan.

The Trustee received $   2508.21 .

Refunds to the Debtor totaled $   1211.78 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/08/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                        PAGE   3
    CASE NO.  06 B 16498 DONALD L JULEN & LORI A JULEN
```